**FILED**

OCT 23 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[SEALED]                        )
                                )   Case No. 07-SW-0313 KJM
                                )
_____)

## SEALING ORDER

Upon Application of the United States of America, via Assistant U.S. Attorney Richard Bender, and good cause having been shown,

IT IS HEREBY ORDERED that the Application for Search Warrant, Search Warrant Affidavit, Search Warrant, and (non-generic) Sealing Orders, including all attachments thereto, in the above numbered case are hereby SEALED until the filing of the search warrant returns, or further order of this Court (whichever occurs first).

DATED: October 19, 2007

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

1