1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED

OCT 23 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE SEARCH WARRANT FOR 76-78  )   CASE NO.
MANZANITA LANE, TRACY, CA       )
                                )       07 - SW - 0313  KJM
                                )
                                )
                                )

SEALING ORDER

Upon Application of the United States of America, via Assistant U.S. Attorney Richard Bender, and good cause having been shown,

IT IS HEREBY ORDERED that the Application for Search Warrant, Search Warrant Affidavit, Search Warrant, including all attachments thereto, and this Sealing Order, in the above referenced matter are hereby SEALED until the filing of the search warrant return or further order of this Court (whichever occurs first).

Dated: October 19, 2007

_____
KIMBERLY J. MUELLER
U.S. Magistrate Judge